# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

BERRY GLOBAL GROUP, INC.

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 3:24-cv-01085

Judge Eli J. Richardson
Magistrate Judge Newbern

---

## DEFENDANT'S UNOPPOSED MOTION TO SUBSTITUTE MAGNERA CORPORATION FOR BERRY GLOBAL GROUP, INC. AS DEFENDANT

---

Defendant, Berry Global Group, Inc., by and through counsel, and pursuant to Fed. R. Civ. P. 25(c), hereby moves this Court to substitute Magnera Corporation for Berry Global Group, Inc., as the appropriate Defendant in this case. Plaintiff does not oppose this Motion. In support of Defendant's Motion to Substitute, Defendant states as follows:

1. In November 2024, Berry Global, Inc. ("Berry") completed a transaction to spin off its Health, Hygiene and Specialties (HHS) division and merged it with Glatfelter Corporation. A new company was then established, named Magnera Corporation ("Magnera").

2. As part of the transaction, Magnera assumed all liabilities associated with the previously owned Berry HHS facilities, including any pending employment claims.

3. One of the facilities included in the transaction was an HHS facility located in Old Hickory, Tennessee, where the Charging Party worked. Thus, Magnera assumed all liabilities related to this lawsuit.

4. As the parties previously notified the Court in their Joint Status Report (DN 33), the parties have been engaged in settlement discussions and anticipated finalizing a settlement in the form of a consent decree for submission to the Court for its approval. The parties have since reached an agreement but cannot finalize a consent decree until Magnera is substituted as the Defendant in this case. Magnera is the party responsible for issuing the monetary relief agreed upon and is the only entity that can implement the other non-monetary relief provisions of the proposed consent decree at the Old Hickory, Tennessee facility, including policy revisions, training for employees, and notice posting.

For the reasons stated herein, Defendant respectfully requests this Court grant its Unopposed Motion to Substitute Magnera Corporation for Berry Global Group, Inc. as the appropriate Defendant in this action.

Respectfully submitted,

*/s/ Megan R. U'Sellis*
Megan R. U'Sellis (Pro Hac Vice)
**FISHER & PHILLIPS LLP**
220 West Main Street, Suite 1700
Louisville, KY 40202
Telephone: (502) 563-3963
Email: musellis@fisherphillips.com

Marilyn Higdon
**FISHER & PHILLIPS LLP**
424 Church Street, Suite 1700
Nashville, TN 37219
Telephone: (615) 488-2926
Facsimile: (615) 488-2926
Email: mhigdon@fisherphillips.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I, hereby certify that on this 30th day of January 2026, I electronically filed the foregoing ***Defendant's Unopposed Motion to Substitute Magnera Corporation for Berry Global Group, Inc. as Defendant*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following counsel of record:

FAYE A. WILLIAMS
Regional Attorney
TN Bar No. 011730
faye.williams@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 685-4609

GARY SULLIVAN
Assistant Regional Attorney
AR Bar No. 92051
gary.sullivan@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Little Rock Area Office
820 Louisiana Street, Suite 200
Little Rock, AR 72201
(501) 900-6140

*/s/ Megan R. U'Sellis*
Megan R. U'Sellis