IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff | ) ) ) ) | |
| | ) | CIVIL ACTION NO.: 3:24-cv-01085 |
| | ) ) | Judge Eli J. Richardson |
| v. | ) ) | Magistrate Judge Newbern |
| | ) ) ) ) | |
| MAGNERA CORPORATION, | ) ) | JURY DEMAND |
| Defendant. | ) | |

**JOINT MOTION TO ENTER CONSENT DECREE**

Plaintiff Equal Employment Opportunity Commission and Defendant Magnera Corporation resolved the above captioned case through a proposed Consent Decree. The Parties submit to the Court their proposed Consent Decree and move contemporaneously for this Court to approve and enter the proposed Consent Decree. In support of their proposed Consent Decree, the Parties submit their Memorandum in Support of the Joint Motion.

*/s/ Megan R. U'Sellis*    (with permission) 
MEGAN R. U'SELLIS (PRO HAC VICE) 
**FISHER & PHILLIPS LLP** 
220 West Main Street, Suite 1700

FAYE A. WILLIAMS 
Regional Attorney 
TN Bar No. 011730 
faye.williams@eeoc.gov

1

Louisville, KY 40202
(502) 563-3963
musellis@fisherphillips.com

MARILYN HIGDON
**FISHER & PHILLIPS LLP**
424 Church Street, Suite 1700
Nashville, TN  37219
(615) 488-2926
mhigdon@fisherphillips.com

*Counsel for Defendant*

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Memphis District Office
200 Jefferson Avenue, Suite 1400
Memphis, TN 38103
(901) 685-4609

*/s/ Gary Sullivan*
GARY SULLIVAN
Assistant Regional Attorney
AR Bar No. 92051
gary.sullivan@eeoc.gov

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
820 Louisiana St., Ste. 200
Little Rock, AR 72201
Telephone: (501) 900-6145

*Counsel for Plaintiff*